**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6132**

EDWARD LEE MOSES,

             Plaintiff - Appellant,

        v.

M. BLOCHER; MICHAEL HARDEE; HUGH MARTIN, JR.; HATTIE B.
PIMPONG,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:07-ct-03070-D)

Submitted:  May 21, 2009              Decided:  May 29, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Lee Moses, Appellant Pro Se.  Oliver Gray Wheeler, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Lee Moses appeals the district court's order and judgment granting the Appellees' motion to dismiss and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moses v. Blocher, No. 5:07-ct-03070-D (E.D.N.C. Jan. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED